UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:13-cv-60976-RSR

SAMARI ROLLE,

    Plaintiff,

v.

BRANCH BANKING AND
TRUST COMPANY, as successor to
BANKATLANTIC,

    Defendant.
_____/

### NOTICE OF SERVICE OF PLAINTIFF'S, SAMARI ROLLE, PROPOSAL FOR SETTLEMENT/DEMAND FOR JUDGMENT

Plaintiff, SAMARI ROLLE ("Mr. Rolle" and/or "Plaintiff"), by and through undersigned counsel, hereby serves his Proposal for Settlement pursuant to Rule 1.442, Fla. R. Civ. P. and Section 768.79, Florida Statutes, on Defendant, BRANCH BANKING AND TRUST COMPANY, as successor to BANKATLANTIC ("Defendant").

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via E-Mail to: **David Hendrix, Esq.**, *Attorney for Defendant*, Gray Robinson, P.A., 401 E. Jackson Street, Suite 2700, Tampa, Florida 336002, David.Hendrix@gray-robinson.com, on this 3rd day of June, 2014.

    By:    /s/ Douglas C. Broeker
    DOUGLAS C. BROEKER, ESQ.
    Florida Bar No. 306738
    Doug@broekerlaw.com
    Docservice@broekerlaw.com