UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:13-cv-60976-DPG

SAMARI ROLLE,

    Plaintiff,
v.

BRANCH BANKING AND
TRUST COMPANY, as successor to
BANKATLANTIC,

    Defendant.
_____/

## PLAINTIFF'S COUNSEL'S NOTICE OF CONFLICT

COME NOW, DOUGLAS C. BROEKER, ESQ. and KADISHA D. PHELPS, ESQ., as counsel of record for Plaintiff, SAMARI ROLLE ("Plaintiff" or "Mr. Rolle"), and hereby file this Notice of Conflict. As good grounds therefor, undersigned would show that:

1. Undersigned counsel, Douglas C. Broeker, is under Order from Magistrate Cathy L. Waldor of the District Court of New Jersey, to attend a settlement conference in a matter pending there wherein undersigned counsel is co-lead counsel, Case No. 13-CV-06170-WHW-CLW, on January 27, 2015. This will involve preparation with the client and it is possible that mediation will be scheduled the day before the Settlement Conference, or the day after.

2. Undersigned counsel, Kadisha D. Phelps has a conflict with the week of January 26, 2015 for personal family reasons.

3. Since this matter has now been set as a Non-Jury Trial, the undersigned would request that the matter be specially set for the second week of the trial period, February 2, 2015

through February 9, 2015.

4.     Plaintiff intends to try this case with Kadisha D. Phelps and Douglas C. Broeker as trial counsel, splitting up the responsibilities at that time.

5.     Accordingly, undersigned counsel request that this Court not schedule the subject trial in this matter during the first week of the trial period.

**WHEREFORE**, DOUGLAS C. BROEKER, ESQ. and KADISHA D. PHELPS, ESQ., as counsel of record for Plaintiff, SAMARI ROLLE, request that this Court not schedule the subject trial in this matter during the first week of the trial period, together with any further relief as this Court considers just and equitable.

Dated: October 23, 2014.

    Respectfully submitted,

**SWEETAPPLE, BROEKER & VARKAS, P.L.**
44 W. Flagler Street, Suite 1500
Miami, Florida 33130
Tel.: (305) 374-5623
Fax: (305) 358-1023
*Attorneys for Samari Rolle, Plaintiff*

By:   /s/ Douglas C. Broeker
     Douglas C. Broeker, Esq.
     Florida Bar No. 306738
     docservice@broekerlaw.com
     doug@broekerlaw.com

By:   /s/ Kadisha D. Phelps
     Kadisha D. Phelps, Esq.
     Florida Bar No. 33635
     docservice@broekerlaw.com
     kadisha@broekerlaw.com

CASE NO.: 0:13-cv-60976-DPG

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and e-mail to all parties who are not on the list to receive e-mail notification/service for this case on this 23rd day of October, 2014.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A).*

By: **/s/ Douglas C. Broeker**
Douglas C. Broeker, Esq.
Florida Bar No. 306738

By: **/s/ Kadisha D. Phelps, Esq.**
Kadisha D. Phelps, Esq.
Florida Bar No. 33635

CASE NO.: 0:13-cv-60976-DPG

## SERVICE LIST

GRAY ROBINSON, P.A.
David S. Hendrix, Esq.
Florida Bar No. 827053
David.Hendrix@gray-robinson.com
Mark D. Schellhase, Esq.
Florida Bar No. 57103
Mark.Schellhase@gray-robinson.com
401 E. Jackson Street (33602)
Suite 2700
Post Office Box 3324
Tampa, Florida 33601-3324
Phone: 813-273-5000
Fax: 813-273-5145
*Attorneys for BB&T*

GRAY ROBINSON, P.A.
Alexandra de Alejo, Esq.
Florida Bar No. 43108
Alexandra.Dealejo@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
Phone: 305-416-6880
Fax: 305-416-6887
*Attorneys for BB&T*