UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:13-cv-60976-DPG

SAMARI ROLLE,

    Plaintiff,

v.

BRANCH BANKING AND
TRUST COMPANY, as successor to
BANK ATLANTIC,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, SAMARI ROLLE ("Mr. Rolle" or "Plaintiff"), by and through undersigned counsel, hereby files the following deposition transcripts:

1. Rita Martinez, June 19, 2014 Deposition, attached hereto as Exhibit "1."

2. Erick Carter, July 7, 2014 Deposition, attached hereto as Exhibit "2."

3. Michelle Perez Kulzer, November 13, 2014 Deposition, attached hereto as Exhibit "3."

Dated: January 14, 2015.

                Respectfully submitted,

                **/s/ Kadisha D. Phelps**
                Kadisha D. Phelps, Esquire
                Florida Bar No. 033635
                Kadisha@broekerlaw.com
                **SWEETAPPLE, BROEKER & VARKAS, P.L.**
                44 W. Flagler Street, Suite 1500
                Miami, Florida 33130
                Tel.: (305) 374-5623/Fax: (305) 358-1023
                *Attorneys for Samari Rolle, Plaintiff*

CASE NO.: 0:13-cv-60976-DPG

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and e-mail to all parties who are not on the list to receive e-mail notification/service for this case on this 14th day of January, 2015.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A).*

By:  **/s/ Kadisha D. Phelps**
Kadisha D. Phelps, Esquire
Florida Bar No. 033635

## SERVICE LIST

GRAY ROBINSON, P.A.
David S. Hendrix, Esq.
Florida Bar No. 827053
David.Hendrix@gray-robinson.com
Mark D. Schellhase, Esq.
Florida Bar No. 57103
Mark.Schellhase@gray-robinson.com
401 E. Jackson Street (33602)
Suite 2700
Post Office Box 3324
Tampa, Florida 33601-3324
Phone: 813-273-5000
Fax: 813-273-5145
*Attorneys for BB&T*

GRAY ROBINSON, P.A.
Alexandra de Alejo, Esq.
Florida Bar No. 43108
Alexandra.Dealejo@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
Phone: 305-416-6880
Fax: 305-416-6887
*Attorneys for BB&T*